USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2026

**UNITED STATES DISTRICT COU**
**SOUTHERN DISTRICT OF NEW Y**

| | |
|---|---|
| RUSAL MARKETING GMBH,<br><br>Plaintiff,<br><br>v.<br><br>C. BRIAN HESSE and ANDREY N. DONETS,<br><br>Defendants,<br><br>and<br><br>PERENNIAL GROUP, INC.,<br><br>Nominal Defendant. | **Civil Action No. 7:26-cv-08240-NSR** |

**Defendants are directed to respond to Plaintiff's motion to file under seal by October 5, 2026.**

**The Clerk of Court is kindly directed to terminate the motion at ECF No. 5.**

**Dated: September 28, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED

**NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiff Rusal Marketing GmbH, by and through its undersigned attorneys, hereby moves this Court, pursuant to Federal Rules of Civil Procedure 5.2 and 26 and Southern District of New York Electronic Case Filing Rules and Instructions Rule 6.14, and for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion to File Documents Under Seal and the Declaration of Renee Zaytsev, for entry of an Order (1) permitting the Verified Complaint to remain under seal, with a redacted version filed on the public docket; (2) permitting Plaintiff's September 25, 2026 letter requesting a pre-motion conference and any response thereto to be filed under seal, with a redacted version filed on the public docket; and (3) to the extent the Court authorizes Plaintiff to move for expedited discovery, permitting such motion and any papers filed in connection therewith to be filed under seal, with a redacted version filed on the public docket; or (4) alternatively, granting the foregoing

relief on a temporary basis to afford Defendants the opportunity to provide additional support (the "Motion").

Dated: September 25, 2026
New York, NY

**BOIES SCHILLER FLEXNER LLP**

/s/*Renee Zaytsev*_______________
Renee Zaytsev
Martin De Luca
55 Hudson Yards
New York, NY 10001
Tel: 212-446-2300
mdeluca@bsfllp.com
rzaytsev@bsfllp.com

Marshall Dore Louis*
100 SE Second Street, Suite 2800
Miami, FL 33131
Tel: 305-539-8400
mlouis@bsfllp.com

*Attorneys for Plaintiff*

**Pro hac vice* application forthcoming