USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

NORTON

Norton Rose Fulbri
1301 Avenue of the
New York, New Yo

Judith A. Archer
judith.archer@nortonrosefulbright.com

October 15, 2026

**By Electronic Filing and Email**

The Hon. Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *Rusal Marketing GmbH v. Hesse, et al.*, Case No. 26-cv-08240-AT

Dear Judge Torres:

We represent Defendants PerenniAL Group, Inc., Brian Hesse, and Andrey Donets (together, "Defendants") in the above-referenced matter. Pursuant to Federal Rule of Civil Procedure 5.2(d), Sections 6 and 21 of the Court's ECF Rules, and Rules I(B) and IV(A) of Your Honor's Individual Practices in Civil Cases, Defendants respectfully submit this letter motion requesting leave to file the following document under seal, with a copy thereof filed on the public docket with redactions: Defendants' letter motion dated October 15, 2026, for an extension of time to respond to the Verified Complaint (the "Extension Request").

The Extension Request discusses and includes information that is non-public and subject to confidentiality restrictions. Accordingly, Defendants respectfully submit that sealing their Extension Request is warranted, including for the reasons further set forth in Part B.1 of Defendants' previously filed response to Plaintiff's motion for leave to file under seal. *See* ECF No. 25. The proposed sealing of the Extension Request is limited to references to the foregoing category of confidential information.

In accordance with Section 6 of the Court's ECF Rules and Sections I(B) and IV(A) of Your Honor's Individual Practices, Defendants have publicly filed this letter via ECF and emailed a copy to Chambers. Defendants will file their Extension Request on ECF today under seal with Defendants' proposed redactions highlighted, and will also file a publicly accessible version thereof with those redactions applied.

Defendants respectfully request the Court enter an order (i) granting Defendants leave to file the Extension Request under seal, with a redacted version filed on the public docket; and (ii) directing the Clerk of Court to maintain the Extension Request under seal, accessible only to the parties or counsel of record, absent further order of the Court.

Respectfully submitted,

*/s/ Judith A. Archer*

GRANTED. The Court reviewed Defendants' unredacted letter motion and finds Defendants' request to file it under seal warranted. In addition, the Court GRANTS Defendants' extension request. By **December 7, 2026**, Defendants shall answer or otherwise respond to the complaint.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 30, 31, and 32.

SO ORDERED.

Dated: October 16, 2026
New York, New York

ANALISA TORRES
United States District Judge