UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
RUSAL MARKETING GmbH,

Plaintiff,

-against-

HESSE ET AL.,

Defendants.
--------------------------------------------------------------X

26-CV-8240 (AT) (VF)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A discovery conference is scheduled for **Monday, November 16, 2026, at 1:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [769 935 480#].**

**SO ORDERED.**

DATED: New York, New York
November 10, 2026

VALERIE FIGUEREDO
United States Magistrate Judge