UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUSAL MARKETING GmbH,

Plaintiff,

-against-

HESSE ET AL.,

Defendants.
---------------------------------------------------------------X

26-CV-8240 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At ECF No. 24, Defendants move to seal (1) Defendants' response to Plaintiff's motion to seal at ECF No. 5 (ECF No. 25) and (2) Defendants' response to Plaintiff's pre-motion letter regarding expedited discovery (ECF No. 26). Defendants note that if the Court grants leave to seal, they will file a publicly accessible versions of each of their responses, with redactions applied. ECF No. 24. In order to assess the appropriateness of sealing, the Court will need to review which portions of the responses Defendants intend to redact. Defendants are ordered to file their proposed redacted versions of ECF Nos. 25 and 26 on the docket by **November 24, 2026**.

As ECF No. 25, Defendants respond to Plaintiff's Motion at ECF No. 5 requesting an Order (1) permitting the Verified Complaint (ECF No. 1) to remain under seal, with a redacted version filed on the public docket; and (2) permitting Plaintiff's September 25, 2026 letter requesting a pre motion conference and any response thereto to be filed under seal, with a redacted version filed on the public docket. ECF No. 25. In order to assess Plaintiff's request to seal the Complaint, Plaintiff will need to file an unredacted, sealed version of the Complaint on the docket. Plaintiff is ordered to do so by **November 24, 2026**.

**SO ORDERED.**

DATED: New York, New York
November 18, 2026

VALERIE FIGUEREDO
United States Magistrate Judge