NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022

Judith A. Archer
judith.archer@nortonrosefulbright.com

November 18, 2026

**By Electronic Filing**

The Hon. Valerie Figueredo, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1660
New York, New York 10007
FigueredoNYSDChambers@nysd.uscourts.gov

Re: *Rusal Marketing GmbH v. Hesse, et al.*, Case No. 26-cv-08240-AT-VF

Dear Judge Figueredo:

Undersigned counsel represent Defendants PerenniAL Group, Inc., Brian Hesse, and Andrey Donets (together, "Defendants") in the above-referenced matter. Pursuant to Federal Rule of Civil Procedure 5.2(d), Sections 6 and 21 of the Court's ECF Rules, and Rules I(a) and I(g) of Your Honor's Individual Practices in Civil Cases, Defendants respectfully submit this letter motion requesting leave to file the following document under seal, with a copy thereof filed on the public docket with redactions: Defendants' letter motion dated November 18, 2026, requesting leave to file under seal Defendants' motion to compel arbitration and accompanying declaration and exhibits (the "Motion to Seal").

The Motion to Seal discusses and includes information concerning (i) a confidential, non-public arbitration that is currently pending, and (ii) Perennial's confidential, competitively-sensitive business and financial information. Accordingly, Defendants respectfully submit that sealing their Motion to Seal is warranted, including for the reasons further set forth in Sections 1 and 2 of the Motion to Seal. The proposed sealing of the Motion to Seal is limited to references to the foregoing categories of confidential information. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006) (sealing is proper where supported by "countervailing factors" and the proposed sealing is appropriately tailored).

In accordance with Section 6 of the Court's ECF Rules and Rules I(a) and I(g) of Your Honor's Individual Practices, Defendants have publicly filed this letter via ECF. Defendants will file their Motion to Seal on ECF today under seal with Defendants' proposed redactions highlighted, and will also file a publicly accessible version thereof with those redactions applied.

Defendants respectfully request the Court enter an order granting Defendants leave to file the Motion to Seal under seal, accessible only to the parties or counsel of record, absent further order of the Court, with a redacted version filed on the public docket.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By */s/ Judith A. Archer*

Judith A. Archer
Anthony Lauriello
Robert Kirby
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 318-3000
judith.archer@nortonrosefulbright.com
anthony.lauriello@nortonrosefulbright.com
robert.kirby@nortonrosefulbright.com

*Attorneys for Defendant PerenniAL Group, Inc.*

MINTZ & GOLD LLP

By */s/ Barry M. Kazan* (with permission)

Barry M. Kazan
Peter Guirguis
600 Third Avenue, 25th Floor
New York, NY 10016
Tel.: (212) 696-4848
kazan@mintzandgold.com
guirguis@mintzandgold.com

*Attorneys for Defendants C. Brian Hesse and Andrey N. Donets*

cc: All Counsel of Record (By ECF)

# MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 18, 2026**

Defendants' request to seal is **GRANTED**. Defendants have adequately demonstrated that sealing is appropriate for their motion to seal. The Clerk of Court is respectfully directed to close the gavel at ECF No. 53.