BOIES SCHILLER FLEXNER

November 19, 2026

**Via ECF**

The Honorable Valerie Figueredo, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Room 1660
New York, New York 10007
FigueredoNYSDChambers@nysd.uscourts.gov

**Re: *Rusal Marketing GmbH v. Hesse, et al.*, Case No. 26-cv-08240-AT-VF**

Dear Judge Figueredo:

We represent Plaintiff Rusal Marketing GmbH ("Rusal") in the above-referenced matter. At the November 16, 2026 conference concerning Rusal's request for expedited discovery, the Court directed the parties to file the transcript of the conference (the "Transcript"). Pursuant to Federal Rule of Civil Procedure 5.2(d), Sections 6 and 21 of the Court's ECF Rules, and Rules I(a) and I(g) of Your Honor's Individual Practices in Civil Cases, Rusal respectfully requests leave to file temporarily under seal the transcript of the November 16, 2026 conference concerning Rusal's request for expedited discovery.

The Transcript discusses information that Defendants previously sought to maintain under seal (ECF No. 30) and that the Court permitted to be filed under seal (ECF No. 36). Rusal incorporates by reference the arguments in its prior submission in support of sealing. *See* ECF No. 6. Defendants have indicated that they likewise intend to seek sealing of the Transcript, and we expect them to make a supplemental submission explaining the reasoning for that request. Temporary sealing is therefore appropriate to allow that submission to be made. Given the expedited nature of the underlying discovery request, Rusal seeks to provide the Transcript to the Court promptly.

Accordingly, Rusal respectfully requests that the Court (i) grant Rusal leave to file the Transcript temporarily under seal and (ii) direct the Clerk to maintain the Transcript under seal pending Defendants' submission of their proposed redactions and motion to seal and the Court's resolution of that motion.

In accordance with Section 6 of the Court's ECF Rules and Rules I(a) and I(g) of Your Honor's Individual Practices, Rusal has publicly filed this letter via ECF and will file the Transcript under seal today via ECF.

Respectfully submitted,

*/s/ Renee Zaytsev*
Renee Zaytsev

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 23, 2026**

Plaintiff's request is **GRANTED**. Plaintiff may temporarily file the transcript under seal. The Clerk of Court is respectfully directed to maintain the transcript under seal pending Defendants' submission of their proposed redactions and motion to seal and the Court's resolution of that motion.

The Clerk of Court is respectfully directed to close the gavel at ECF No. 60.